NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Russell Handy, Esq., SBN 195058
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
Phone: (858) 375-7385
Fax: (888) 422-5191

ATTORNEY(S) FOR: BRIAN WHITAKER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN WHITAKER

Plaintiff(s),

v.

Illusion Holdings, LLC, a California Limited Liability Company;
Ocean Blue Investments, LLC, a California Limited Liability Company; BT Lewis Enterprises, Inc., a California Corporation; and Does 1-10

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
**(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _BRIAN WHITAKER_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Brian Whitaker | Plaintiff |
| Illusion Holdings, LLC | Defendant and Property Owner |
| Ocean Blue Investments, LLC | Defendant and Property Owner |
| BT Lewis Enterprises, Inc. | Defendant and Business Owner |

09/05/2019
Date

_/s/_
Signature

Attorney of record for (or name of party appearing in pro per):

BRIAN WHITAKER