**EXHIBIT 1**


ZIMMERMAN REED LLP
Caleb Marker (SBN 269721)
  Email: caleb.marker@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorneys for Defendant*
*BT Lewis Enterprises, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>Plaintiff,<br><br>v.<br><br>ILLUSION HOLDINGS, LLC, a California Limited Liability Company; OCEAN BLUE INVESTMENTS, LLC, a California Limited Liability Company; BT LEWIS ENTERPRISES, INC., a California Corporation; and DOES 1-10,<br><br>Defendants. | CASE NO.: 2:19-cv-07842 PSG (MAAx)<br><br>*Assigned to the*<br>*Honorable Philip S. Gutierrez*<br><br>**DEFENDANT BT LEWIS ENTERPRISES, INC.'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**<br><br>Complaint filed: September 11, 2019<br>FAC file: October 7, 2019<br>Trial Date: TBD |

RECEIVED
JAN 1 3 2020

DEFENDANT BT LEWIS ENTERPRISES, INC.'S OFFER OF JUDGMENT

**TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

In accordance with subdivision (a) of Rule 68 of the Federal Rules of Civil Procedure, Defendant BT Lewis Enterprises, Inc. ("Defendant BT") hereby offers through its counsel of record to allow judgment to be taken in favor of Plaintiff Brian Whitaker ("Plaintiff") and an award to be entered in accordance with the terms and conditions set forth below:

1. The clerk will enter judgment in favor of Plaintiff and against Defendant BT on Plaintiff's claim for violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA"), and the California Unruh Act, Cal. Civil Code §§ 51-52 ("Unruh Act").

2. Defendant BT will pay Plaintiff the sum of $4,000.00. Additionally, Defendant BT will pay Plaintiff reasonable costs and reasonable attorneys' fees pursuant to statute in an amount to be determined by the Court, upon Plaintiff's timely motion made within fourteen (14) days after judgment is entered.

3. Defendant BT will provide any additional injunctive relief necessary to meet requirements of the Americans with Disabilities Act at Simply Salad located at 334 S. Main Street, Los Angeles, California in a timely manner. All of the violations noted in Plaintiff's original and first amended complaint have already been corrected, as attested to by a certified CASp inspector that was provided to Plaintiff's counsel on October 11, 2019.

4. Once judgment is entered by the clerk, Plaintiff will dismiss with prejudice with prejudice all of his claims previously asserted against Defendant BT as well as Defendants Illusion Holdings, LLC and Ocean Blue Investments, LLC, including those arising under the ADA and Unruh Act. Other than the attorneys' fees and costs awarded by the Court upon Plaintiff's timely motion, each party shall bear their own fees and costs.

DEFENDANT BT LEWIS ENTERPRISES, INC.'S OFFER OF JUDGMENT

1  Please be advised that in accordance with Rule 68, this offer will be considered
2  unaccepted and withdrawn unless Plaintiff accepts it within 14 days after being served
3  with this offer. Furthermore, evidence of this offer is not admissible except in a
4  proceeding to determine costs. Fed. R. Civ. P. 68(b). If the offer is unaccepted and
5  Plaintiff obtains a judgment that is not more favorable than the unaccepted offer, Plaintiff
6  must pay the costs incurred after the offer was made. Fed. R. 8 Civ. P. 68(d).

Respectfully submitted,

ZIMMERMAN REED, LLP

Dated: January 3, 2020          By: _____
Caleb Marker (SBN 269721)
2381 Rosecrans Avenue, Suite 328
Manhattan Beach, CA 90245
Tel: (877) 500-8780
Fax: (877) 500-8781

*Attorneys for Defendant*
*BT Lewis Enterprises, Inc.*

ZIMMERMAN REED LLP
Caleb Marker (SBN 269721)
  Email: caleb.marker@zimmreed.com
2381 Rosecrans Ave., Suite 328
Manhattan Beach, CA 90245
(877) 500-8780 Telephone
(877) 500-8781 Facsimile

*Attorneys for Defendant*
*BT Lewis Enterprises, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ILLUSION HOLDINGS, LLC, a California Limited Liability Company;<br>OCEAN BLUE INVESTMENTS, LLC, a California Limited Liability Company;<br>BT LEWIS ENTERPRISES, INC., a California Corporation; and DOES 1-10,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-07842 PSG (MAAx)<br><br>*Assigned to the*<br>*Honorable Philip S. Gutierrez*<br><br>**PROOF OF SERVICE**<br><br>Complaint filed: September 11, 2019<br>FAC file:　　　　October 7, 2019<br>Trial Date:　　　TBD |

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is Zimmerman Reed LLP, 2381 Rosecrans Ave., Suite 328, Manhattan Beach, CA 90245.

On **January 8, 2020**, I served the attached document(s), described as:

- **DEFENDANT BT LEWIS ENTERPRISES, INC.'S OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

on the interested parties named herein and in the manner indicated below:

CENTER FOR DISABILITY ACCESS  *Attorneys for Plaintiff*
Phyl Grace  *Brian Whitaker*
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
phylg@potterhandy.com
sakshis@potterhandy.com

☒ **(BY MAIL)** By placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid.

☒ **(BY E-MAIL)** By sending the documents to the persons at the electronic notification addresses listed above from caleb.marker@zimmreed.com. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct. Executed on **January 8, 2020**, at Manhattan Beach, California.

*Shenghui Lu*
Josephine Lu

1
PROOF OF SERVICE