UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, | **Case No**. 2:19-CV-07842-PSG-JEM |
| Plaintiff, | |
| v. | [Proposed] **Judgment** |
| **Illusion Holdings, LLC,** a California Limited Liability Company; **Ocean Blue Investments, LLC,** a California Limited Liability Company; **BT Lewis Enterprises, Inc.,** a California Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to Federal Rule of Procedure 68(a), Judgment is entered against Defendants in favor of Plaintiff as follows:

For violation of the Americans with Disabilities and and the California Unruh Civil Rights Act, Plaintiff is entitled to $4,000, jointly and severally against the Defendants.

Plaintiff shall be entitled to any reasonable attorney's fees and costs authorized by statute, to be determined by noticed motion within 14 days after entry of judgment.

Defendants shall remove all barriers to accessibility at 334 S. Main Street, Los Angeles California, as defined by the 2010 ADA Standards of Accessible Design.

Except as described above, and without prejudice to Plaintiff's entitlement to motion for fees and costs, any remaining claims against Defendants Illusions Holdings, LLC, BT Lewis Enterprises, Inc. and Ocean Blue Investments, LLC, are dismissed with prejudice.

Dated: 3/27/2020        By:_____

B. Moss, Deputy Clerk

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff